433 A.2d 4

**COMMONWEALTH of Pennsylvania**

**v.**

**Frederick Allen McCLEARY, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 21, 1981.

Decided July 10, 1981.

J. Christian Ness, York, for appellant.

John C. Uhler, Dist. Atty., Floyd P. Jones, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM.

The Judgment of Sentence is Affirmed.